UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------
                                                    :
FRANK BILAVER,                                      :
                                                    :     CASE NO. 1:12-CV-00397
              Plaintiff,                            :
                                                    :
vs.                                                 :     OPINION & ORDER
                                                    :     [Resolving Docs. No. 1, 13]
COMMISSIONER OF SOCIAL                              :
SECURITY,                                           :
                                                    :
              Defendant.                            :
                                                    :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        On February 17, 2012, Plaintiff Frank Bilaverfiled a complaint seeking judicial review of the

Defendant Commissioner of Social Security's decision to deny her disability benefits.[1/] Consistent

with Local Rule 72.2, the matter was referred to Magistrate Judge James R. Knepp II.  On January

18, 2013, Magistrate Judge Knepp issued a Report and Recommendation recommending that the

Administrative Law Judge properly assessed Mr. Bilaver's residual functional capacity and that the

decision of the Commissioner is supported by substantial evidence in the record.[2/]  Accordingly,

Magistrate Judge Knepp recommended that the Commissioner's decision be affirmed.[3/]

        The Federal Magistrates Act requires a district court to conduct a *de novo* review only of

---

[1/][Doc. 1.]

[2/][Doc. 13.]

[3/][Doc. 13.]

Case No. 1:12-CV-00397
Gwin, J.

those portions of a Report and Recommendation to which the parties have made an objection.[4/]  The

Act gives parties fourteen days to file objections.[5/]  Failure to object within this time waives a party's

right to appeal the district court's judgment.[6/]  Absent objection, a district court may adopt the

magistrate judge's report without review.[7/]

        In this case, neither party has objected to the Magistrate Judge's recommendation.  Moreover,

having conducted its own review of the Report and Recommendation, record, and parties' briefs, the

Court agrees with the recommendation of Magistrate Judge Knepp that the Court affirm the

Commissioner's decision.

        Accordingly, the Court **ADOPTS** in whole Magistrate Judge Knepp's Report and

Recommendation and incorporates it fully herein by reference, **AFFIRMS** the Commissioner's

denial of benefits.


        IT IS SO ORDERED


Dated: February 5, 2013                        s/        *James S. Gwin*
                                               JAMES S. GWIN
                                               UNITED STATES DISTRICT JUDGE

---

[4/] 28 U.S.C. § 636(b)(1)(C).

[5/] *Id.*

[6/] Fed. R. Civ. P. 72(a); *see also Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[7/] *See Thomas*, 474 U.S. at 149.